JOHN BALAZS, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
GARY GROSSMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY GROSSMAN,<br><br>Defendant. | No. 1:94-CR-5019-REC<br><br>**APPLICATION FOR ORDER FOR COPY OF PRESENTENCE REPORT AND PROPOSED ORDER** |

Defendant GARY GROSSMAN, through counsel, hereby applies to the Court for an order that the U.S. Probation Office provide a copy of the final presentence report in this case to counsel John Balazs.

Defendant Grossman pled guilty to tax evasion and was sentenced to probation and a fine in 1994. ECF Nos. 4, 11. Mr. Grossman has retained counsel John Balazs to investigate a potential challenge to his judgment of conviction and sentence, including a potential petition for writ of coram nobis. He thus requests that that the Court order the U.S. Probation Office to provide counsel with a copy of his final presentence report for this purpose.

Dated: December 9, 2025

    /s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
GARY GROSSMAN

1

**ORDER**

IT IS SO ORDERED.

Dated: __December 19, 2025__          _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE